Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17–27201–SLM
          Chapter: 7
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gil Reyes Tulud | Annabelle A Tulud |
| 350 Baldwin Road, Apt M1 | 350 Baldwin Road, Apt M1 |
| Parsippany, NJ 07054–4000 | Parsippany, NJ 07054–4000 |

Social Security No.:
  xxx–xx–0086                                                 xxx–xx–3713

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 1, 2017</u>                 <u>Stacey L. Meisel</u>
                                                     Judge, United States Bankruptcy Court